CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Isaiah Osorio**; DOB: 1999; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO. **22-04608MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii); and Title 18, United States Code, § 758

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**Count 1:** On or about May 24, 2022, in the District of Arizona, **Isaiah Osorio**, knowing and in reckless disregard of the fact that certain illegal aliens, including Chavelo Cifuentes-Juan, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain, and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii),1324(a)(1)(B)(i) and 1324(a)(1)(B)(iii).**

**Count 2:** On or about May 24, 2022, in the District of Arizona, **Isaiah Osorio** did knowingly flee and evade an immigration checkpoint located on State Route 86 operated by the United States Border Patrol, a federal law enforcement agency, in a motor vehicle and did flee from Federal, State or local law enforcement agents at speeds in excess of the legal speed limit, in violation of **Title 18, United States Code, Section 758**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about May 24, 2022, in the District of Arizona (Three Points), a United States Border Patrol Agent (BPA) observed a black Jeep Grand Cherokee driving in tandem with a Nissan Versa on State Route (SR) 86 traveling westbound into Little Tucson Village in the Tohono O'odham Nation (TON). This village is a documented known location for picking up undocumented non-citizens (UNC). The BPA encountered the same Jeep approximately 30 minutes later now traveling eastbound. The BPA made a U-turn to get in behind it and the driver, later identified as **Isaiah Osorio**, slowed down and drove towards the shoulder as if attempting to stop. The passenger doors slightly opened and one suspected UNC wearing camouflage attempted to exit the vehicle. **Osorio** then accelerated forward approximately fifty yards and abruptly stopped forcing the BPA to swerve off the shoulder to avoid a collision. The rear doors opened and six suspected UNCs dressed in camouflage clothing exited the Jeep and ran north of SR 86. **Osorio** accelerated again and the BPA noticed one subject, identified as Chavelo Cifuentes-Juan, wearing camouflage was near the rear part of the Jeep on the ground. **Osorio** continued to drive off and drove over Cifuentes-Juan's legs. The BPA immediately notified the SR 86 checkpoint via Service radio the vehicle type and direction of travel and requested Emergency Medical Services to respond. Cifuentes-Juan was transported to the hospital where he was treated for his injuries which included abrasions and head trauma.

**Continued on back.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Chavelo Cifuentes-Juan

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA HNS/rr | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| **Sworn by telephone  x** | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Maria S. Aguilera* | DATE<br>May 25, 2022 |

[1]   See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

22-04608MJ

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:**

**Osorio** approached the Immigration Checkpoint on SR 86 in the Jeep. He was referred to secondary and then accelerated away from the checkpoint at a high rate of speed. A BPA traveling westbound on SR 86 saw the Jeep driving eastbound at a high rate of speed. The BPA turned around to follow but could not catch up to the Jeep even while driving in excess of the posted speed limit. The BPA stopped pursuing for community safety. A few minutes later, the BPA saw the Jeep slow rolling on the shoulder of the highway. The BPA conducted a vehicle stop and arrested **Osorio** without further incident.

Records checks revealed that Chavelo Cifuentes-Juan did not have the proper immigration documentation to enter or remain in the U.S. legally. Material witness Chavelo Cifuentes-Juan said his parents arranged for him to be smuggled into the United States for money. Cifuentes said he illegally crossed the International Boundary Fence as part of a group and were guided via cellphone to the pickup location. Cifuentes said they were told a black sport utility vehicle (SUV) would be picking them up. Cifuentes said the SUV arrived and the driver honked several times to signal the group. Cifuentes said once they were inside, they traveled for approximately thirty minutes before the driver began yelling at them to get out. Cifuentes said he was the last person to get out but before he was able to completely exit the vehicle, he felt the driver use his hand to push him out of the vehicle while accelerating. He fell to the ground and was run over by the rear tire as the SUV took off.

In a post-*Miranda* statement, **Osorio** admitted to smuggling illegal aliens for monetary gain. **Osorio** said his friend put him in contact via Facebook with people who would pay him to pick up illegals near Tucson, Arizona. **Osorio** said he would communicate with the smuggling coordinators through WhatsApp on his cellphone. **Osorio** admitted that during today's smuggling event, he noticed a law enforcement vehicle get behind him. **Osorio** said he pulled over to let the people he had pick up out and began to drive off before the last person was completely out. **Osorio** admits he saw that person fall out of the vehicle. **Osorio** said he fled the scene without looking in his rear-view mirror. **Osorio** said he arrived at the checkpoint and fled again before eventually pulling over.